**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| St. Jude Medical, S.C., Inc., a Minnesota corporation, | Case No. 12-cv-00621-ADM-AJB |
| Plaintiff, | |
| v. | |
| Biosense Webster, Inc., a California corporation, Johnson & Johnson, a New Jersey corporation, and Jose B. de Castro, an individual, | **PLACEHOLDER FOR DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendants. | **[FILED UNDER SEAL]** |

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Defendants' Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment [FILED UNDER SEAL]

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x__ Item Under Seal pursuant to a court order* (Document number of protective order: 47)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).